RECEIVED
IN LAKE CHARLES, LA

DEC - 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUIS LANCASTER | : | DOCKET NO. 2:06-cv-1203 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Petitioner's nationality claim be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _6_ day of _December_, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE